**Order entered December 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00777-CV

**JOSEPH AND NADIA ABUZAID, Appellants**

**V.**

**MODJARRAD AND ASSOCIATES, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06551**

## ORDER

Before the Court is appellee's third unopposed motion to extend time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed by December 19, 2016. No further extensions will be granted absent extenuating circumstances.

/s/    CRAIG STODDART
        JUSTICE